UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD FLATTEN,

Plaintiff,

-against-

BARNWELL HOUSE OF TIRES, INC.,

Defendant.

ORDER

26-CV-5649 (ER)

EDGARDO RAMOS, United States District Judge:

On July 2, 2026, Edward Flatten filed the instant action. Doc. 1. On August 24, 2026, the case was referred for mediation. Doc. 11. Accordingly, the conference currently scheduled for October 6, 2026, is cancelled.

SO ORDERED.

Dated: August 27, 2026
New York, New York

EDGARDO RAMOS
United States District Judge